IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHANITA HOOKS, | § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 3:17-CV-0807-B |
| vs. | § § | (Jury) |
| KNIGHT TRANSPORTATION, INC. AND MICHAEL JOHN STEVENS, | § § § § | |
| *Defendants.* | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procdure 41(a)(1), Plaintiff, Chanita Hooks, and Defendants, Knight Transportation, Inc. and Michael John Stevens (collectively, "the Parties"), jointly stipulate to the dismissal with prejudice of all claims Plaintiff asserted or could have asserted against Defendants in this, as such the Parties have agreed upon the settlement and compromise of all claims Plaintiff made against Defendants, and the court has approved such settlement and compromise. Each party has agreed to bear its own attorneys' fees and costs

1.      The Parties move the Court for entry of an Agreed Order of Dismissal with Prejudice in this cause. In support of their Motion, the Parties are filing concurrently herewith a proposed Agreed Order of Dismissal with Prejudice.

2.      Defendants Knight Transportation, Inc. and Michael John Stevens have compromised and settled this case and no issues in controversy remain that relate to the claims and/or causes of action made by Plaintiff Chanita Hooks.

Therefore, Plaintiff Chanita Hooks and Defendants Knight Transportation, Inc. and Michael John Stevens ask that the Court permanently remove this case from the Court's docket and dismiss all causes of action asserted by Plaintiff Chanita Hooks against Defendants Knight Transportation, Inc. and Michael John Stevens, with prejudice to the re-filing of same.

Respectfully submitted,

REYES BROWNE REILLEY

By: */s/ Spencer P. Browne*
Spencer P. Browne, *Attorney-in-Charge*
Texas State Bar No. 24040589
spencer@reyeslaw.com
5950 Berkshire Lane, Suite 410
Dallas, Texas 75225
(214) 526-7900 Telephone
(214) 526-7910 Facsimile

**ATTORNEYS FOR PLAINTIFF CHANITA HOOKS**

AND

KANE RUSSELL COLEMAN LOGAN PC

By: */s/ Nathan K. Tenney*
Zach T. Mayer, *Attorney-in-Charge*
Texas State Bar No. 24013118
zmayer@krcl.com
Nathan K. Tenney
Texas State Bar No. 24080017
ntenney@krcl.com
1601 Elm Street, Suite 3700
Dallas, Texas 75201
214.777.4200 Telephone
214.777.4299 Facsimile

**ATTORNEYS FOR DEFENDANTS KNIGHT TRANSPORTATION, INC. AND MICHAEL JOHN STEVEN**

## CERTIFICATE OF SERVICE

This is to certify that on the 15th day of September 2017, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

| | |
|---|---|
| Spencer P. Browne<br>REYES BROWNE REILLEY<br>5950 Berkshire Lane, Ste. 410<br>Dallas, Texas 75225<br>(214) 526-7900 Telephone<br>(214) 526-7910 Facsimile<br>spencer@reyeslaw.com<br>*Attorney for Plaintiff* | ☐ E-MAIL<br>☐ HAND DELIVERY<br>☐ FACSIMILE (ANSWER ONLY)<br>☐ OVERNIGHT MAIL<br>☐ REGULAR, FIRST CLASS MAIL<br>☒ E-FILE AND E-SERVE<br>☐ E-SERVICE (SERVICE ONLY)<br>☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED |

          */s/ Nathan K. Tenney*
          Nathan K. Tenney

## CERTIFICATE OF CONFERENCE

This is to certify that on this the 15th day of September, 2017, counsel for Plaintiff and counsel for Defendants complied with the Court's meet and confer requirement in accordance with Local Rule 7(i)(11) regarding the contents of this Motion. As a result of the conference, the Parties are unopposed to the filing of this Joint Motion.

          */s/ Nathan K. Tenney*
          Nathan K. Tenney